McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. GAAB
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4036

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RONALD BARNETT, | ) | 1:06-cv-0952 AWI DLB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| v. | ) | TO EXTEND TIME |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned counsel, subject to the approval of the Court, that the parties be granted an extension of time to allow defendant to file a supplemental administrative record.

Counsel for plaintiff recently informed defendant that while he was reviewing plaintiff's administrative record in preparation of a confidential letter, he discovered that the most recent Administrative Law Judge ("ALJ") decision was missing. Therefore, defendant has requested the Appeals Counsel to provide a supplemental record to include the most recent ALJ decision for submission to the District Court and for service on plaintiff.

Based on the above, defendant shall have until December 1, 2006, to submit the supplemental administrative record to the Court and serve plaintiff, and plaintiff shall until January 5,

2007, to serve his confidential letter on defendant.

                                          Respectfully submitted,

Dated: November 16, 2006      /s/ Robert Ishikawa
                                        ROBERT ISHIKAWA
                                        Attorney at Law

Dated: November 15, 2006      McGREGOR W. SCOTT
                                        United States Attorney

                                        /s/ Kimberly A. Gaab
                                        KIMBERLY A. GAAB
                                        Assistant U.S. Attorney

    IT IS SO ORDERED.

    **Dated:**   **November 28, 2006**                **/s/ Dennis L. Beck**
3c0hj8                                               UNITED STATES MAGISTRATE JUDGE