**ROBERT ISHIKAWA - 90621**
Bromberg & Ishikawa
5707 N. West Avenue
Fresno, California 93711
Telephone: (559) 431-5700

Attorney for Ronald Barnett

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD BARNETT, ) | 1:06-CV-00952 AWI DLB |
| ) Plaintiff, ) | |
| ) v. ) | STIPULATION AND ORDER TO EXTEND TIME |
| ) JO ANNE B. BARNHART, ) Commissioner of Social Security, ) ) Defendant. ) _____) | |

    Plaintiff cannot meet the deadline for presenting plaintiff's confidential letter brief which Is due January 5, 2007, and is therefore requesting additional time in which to present his letter brief until February 5, 2007.

Dated: Janruary _5_, 2007     /s/ Robert Ishikawa
                              _____
                              ROBERT ISHIKAWA
                              Attorney for Plaintiff, RONALD BARNETT

Dated: January _8_, 2007      /s/ Kimberly Gaab
                              _____
                              KIMBERLY GAAB
                              Assistant U.S. Attorney

    IT IS SO ORDERED.

    Dated: **January 8, 2007**          **/s/ Dennis L. Beck**
3c0hj8                                      UNITED STATES MAGISTRATE JUDGE

1