**ROBERT ISHIKAWA - 90621**
Bromberg & Ishikawa
5707 N. West Avenue
Fresno, California 93711
Telephone: (559) 431-5700

Attorney for Ronald Barnett

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD BARNETT, ) | 1:06-CV-00952 AWI DLB |
| ) Plaintiff, ) | |
| ) v. ) | STIPULATION AND ORDER TO EXTEND TIME |
| ) JO ANNE B. BARNHART, ) Commissioner of Social Security, ) ) Defendant. ) _____) | |

Plaintiff cannot meet the deadline for presenting plaintiff's confidential letter brief which Is due January 5, 2007, and is therefore requesting additional time in which to present his letter brief until February 5, 2007.

Dated: Janruary _5_, 2007        /s/ Robert Ishikawa
                                 _____
                                 ROBERT ISHIKAWA
                                 Attorney for Plaintiff, RONALD BARNETT

Dated: January _8_, 2007         /s/ Kimberly Gaab
                                 _____
                                 KIMBERLY GAAB
                                 Assistant U.S. Attorney

IT IS SO ORDERED.

   Dated:   **January 8, 2007**         **/s/ Dennis L. Beck**
3b142a                                  UNITED STATES MAGISTRATE JUDGE

1