**ROBERT ISHIKAWA - 90621**
Bromberg & Ishikawa
5707 N. West Avenue
Fresno, California 93711
Telephone: (559) 431-5700

Attorney for Ronald Barnett

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD BARNETT,<br><br>Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>Defendant. | 1:06-CV-00952 AWI DLB<br><br>STIPULATION AND ORDER TO EXTEND TIME |

Plaintiff cannot meet the deadline for presenting plaintiff's confidential letter brief which Is due February 5, 2007, and is therefore requesting additional time in which to present his letter brief until March 5, 2007.

Dated: February _5_, 2007        /S/ ROBERT ISHIKAWA
_____
ROBERT ISHIKAWA
Attorney for Plaintiff, RONALD BARNETT

Dated: February _5_, 2007
_____
JACKIE FORSLUND
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: **February 13, 2007**        **/s/ Dennis L. Beck**
9b0hie                                     UNITED STATES MAGISTRATE JUDGE

1