**ROBERT ISHIKAWA - 90621**
Bromberg & Ishikawa
5707 N. West Avenue
Fresno, California 93711
Telephone: (559) 431-5700

Attorney for Ronald Barnett

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD BARNETT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | 1:06-CV-00952 AWI DLB<br><br>STIPULATION AND ORDER TO EXTEND TIME |

Plaintiff cannot meet the deadline for filing plaintiff's opening brief which Is due May 10, 2007, and is therefore requesting additional time in which to file his opening brief until June 10, 2007.

Dated: May _10_, 2007          /S/ ROBERT ISHIKAWA
_____
ROBERT ISHIKAWA
Attorney for Plaintiff, RONALD BARNETT

Dated: May _10_, 2007          /S/ MARK WIN
_____
MARK WIN
Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   May 14, 2007**          　/s/ Dennis L. Beck
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1