1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT FOR THE

8                            EASTERN DISTRICT OF CALIFORNIA

9
ROBERT BARNETT,                        )        1:06cv0952 AWI DLB
10                                     )
                    Plaintiff,         )        ORDER GRANTING FINAL
11                                     )        EXTENSION OF TIME
                                       )
12                                     )        (Document 27)
            vs.                        )
13                                     )
MICHAEL J. ASTRUE, Commissioner,       )
14                                     )
                                       )
15                  Defendant.         )
_____ )
16
         On June 10, 2007, Plaintiff filed a stipulation and proposed order to extend time for filing his
17
opening brief.  This is Plaintiff's *fourth* request for an extension of time in this action, two of which
18
concerned his confidential letter brief.  The Court has granted Plaintiff one prior extension to file his
19
opening brief.
20
         In the current request, Plaintiff asks that the Court extend his time for filing his opening brief
21
to July 10, 2007.  The Court GRANTS this request.  **However, this is the final extension of time.**
22
**If Plaintiff does not file his brief by July 10, 2007, the Court will issue an order to show cause**
23
**why the action should not be dismissed for Plaintiff's failure to follow the Court's order.**
24
25
         IT IS SO ORDERED.
26
         Dated:    **June 12, 2007**              _____/s/ **Dennis L. Beck**_____
27                                                UNITED STATES MAGISTRATE JUDGE
28
                                            1