# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RONALD BARNETT, | ) | 1:06cv0952 AWI DLB |
| | ) | |
| Plaintiff, | ) | ORDER ADOPTING FINDINGS AND RECOMMENDATION |
| v. | ) | (Document 31) |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| Defendant. | ) | |

On July 20, 2006, Plaintiff filed the present action for review of a denial of Social Security benefits in this Court.

On November 19, 2007, the Magistrate Judge issued Findings and Recommendation that Plaintiff's appeal be GRANTED, that the Commissioner's decision be REVERSED and that Plaintiff be AWARDED BENEFITS. This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within fifteen (15) days of the date of service of the order. No party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued November 19, 2007, is ADOPTED IN FULL;
2. Plaintiff's appeal is GRANTED; and
3. The Commissioner's decision is REVERSED and Plaintiff is AWARDED BENEFITS.

IT IS SO ORDERED.

**Dated:   December 14, 2007**          **/s/ Anthony W. Ishii**
UNITED STATES DISTRICT JUDGE